IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WEISSINGER NEWBERRY III § | |
| Petitioner, § | |
| VS. § | |
| § | NO. 3-05-CV-1760-H |
| DOUGLAS DRETKE, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division § | |
| Respondent. § | |

## ORDER

Before the Court are the Findings and Recommendation of the United States Magistrate Judge, filed January 26, 2006, and Petitioner's Objections thereto, filed February 6, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Recommendation of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: February ___8___, 2006

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS